B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re | Kris W Thoemke
Marsha L Thoemke

Debtor(s)

Case No. **9:12-bk-17027**

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
**American Honda Finance**

**Describe Property Securing Debt:**
2010 Honda CR-V LX; Mileage: 26,000;
VIN:5J6RE3H3XAL020520

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt        ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
**PNC Bank**

**Describe Property Securing Debt:**
2013 Nissan Altima; Mileage: 125.00;
VIN:1N4AL3AP1DC122773

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt        ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Page 2

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date ___7/11/13___      Signature _____

                                              Kris W Thoemke
                                              Debtor

Date ___7/11/13___      Signature _____

                                              Marsha L Thoemke
                                              Joint Debtor

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com